THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UM TECHNOLOGIES, LLC, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-1998 |
| | : (JUDGE MARIANI) |
| HILTS GLOBAL (CAYMAN) LIMITED, et al. | : |
| Defendants. | : |

## ORDER

AND NOW, THIS ___29th___ DAY OF APRIL, 2019, upon review of Magistrate Judge Carlson's Report & Recommendations ("R&R") (Docs. 24, 25) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&Rs (Docs. 24, 25) are **ADOPTED** for the reasons stated therein.

2. Plaintiff's "Motion for Entry of Default Judgment Pursuant to Fed. R. Civ. P. 55(a)(and (b)(1) and Motion to Liquidate Damages" (Doc. 20) is **GRANTED**.[1]

3. Judgment is hereby entered **IN FAVOR OF** Plaintiff UM Technologies, LLC, and **AGAINST** Defendant Mark Brooke.[2]

4. Plaintiff's Motion to Liquidate Damages (Doc. 22) is **GRANTED**.

---

[1] Plaintiff also filed a "Request to Clerk to Enter Default" (Doc. 19) against Defendant Mark Brooke pursuant to Rule 55. The Clerk of Court entered default against Brooke on April 26, 2019 (Doc. 26).

[2] The Court previously entered default judgment in favor of Plaintiff and against all other defendants. (*See* Doc. 18).

5. Judgment is entered **IN FAVOR OF** Plaintiff UM Technologies, LLC, and **AGAINST** Defendants HILTS Global (US), HILTS Global (Cayman) Limited, HILTS Global (UK), and Mark Brooke in the amount of $238,723.07.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge